IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-50246
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MARTIN SALINAS,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR—00-CR-653-1
--------------------
August 21, 2002

Before HIGGINBOTHAM, DAVIS, and PARKER, Circuit Judges.

PER CURIAM:*

     Court-appointed counsel representing Martin Salinas has
moved for leave to withdraw and has filed a brief in accordance
with Anders v. California, 386 U.S. 738 (1967).  Salinas was
provided with a copy of counsel's Anders motion and brief.  His
initial response requesting the dismissal of his second appeal
was ambiguous; therefore, the court requested a clarification of
his response.  Salinas has not responded.

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Our independent review of the record and counsel's brief shows that there are no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  See 5TH CIR. R. 42.2.; FED. R. APP. P. 34(a)(2)(A).